

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00081-CV

IN RE WILLIAM THOMAS
LEONARD

RELATOR

------------

## ORIGINAL PROCEEDING

------------

## **ORDER**

------------

By order dated March 6, 2013, the court converted Relator William Thomas Leonard's criminal appeal into an original proceeding for a writ of mandamus. In the same order, we requested that the State file a response concerning the merits of Relator's request for mandamus relief. The State filed a response on March 18, 2013, asking in part that Relator first be required to provide a record as required by rule of appellate procedure 52.7 and that the State be able to respond only after Relator had done so. Relator filed a reply on March 21, 2013, and attached various documents that Relator states are "true and correct copies of the originals." The documents attached to Relator's reply brief are not, however, sworn or certified copies as is required by rule 52.7.

Given that this proceeding began as a criminal appeal and that the court converted the case to an original proceeding by construing Relator's filings as a petition for writ of mandamus, we agree that Relator should be given an opportunity to comply with rule 52.7 by providing the court and the State with sworn or certified copies of the documents that he contends show his entitlement to mandamus relief. *See* Tex. R. App. P. 52.7.

Accordingly, it is ordered that:

1.   Relator shall file with the court a record that complies with rule of appellate procedure 52.7 within ten days of the date of this order. Relator may, but is not required to, file a brief seeking mandamus relief. If Relator files a brief, the brief must comply with rule of appellate procedure 52.3 and this court's local rules. The mailbox rule shall not apply.

2.   The State may then file a brief with the court within ten days of the date that Relator files a record as ordered above. The mailbox rule shall not apply.

3.   Any reply shall be filed within five days of the date that the State files a brief as ordered above. The mailbox rule shall not apply, and the court may consider and decide the case before a reply is filed. Tex. R. App. P. 52.5.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the State, the trial court judge, and the trial court clerk.

DATED  April 9, 2013.

                                        PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

3